IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDI WIELAND,

Defendant.

**EXHIBIT LIST**

Case No. 8:16CR361
Deputy: Sara Pankoke
Reporter: Digital Recorder
Date: June 26, 2025

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | 101 | | Letter of Acceptance | X | | X | | 6/26/2025 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
- **R: Relevancy**
- **H: Hearsay**
- **A: Authenticity**
- **O: Other (specify)**